**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order

United States Courts
Southern District of Texas
FILED

*December 4, 2024*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. |
| | § | |
| JUAN CARLOS DE JESUS RODRIGUEZ-VACA (1) | § | **4:24-cr-611** |
| FRANCISCO ABURTO-GARCIA, (2) | § | |
| LUIS ANGEL AVILA-RAMIREZ, (3) | § | |
| LUIS JORGE ESPARZA-GRACIANO, (4) | § | |
| EDDIE PUENTE, (5) | § | FILED UNDER SEAL |
| REYMUNDO HERNANDEZ (6) | § | |
| JORGE CEDILLO (7) | § | |
| JAVIER MONTOYA, JR. (8) | § | |
| BRAYAN ALMANZA, (9) | § | |
| NOEL MORALES, (10) | § | |
| MARIBEL LOPEZ, (11) | § | |
| TAYREN KEVON DELANEY, (12) | § | |
| PEDRO DAVID PINA, (13) | § | |
| ANTONY ISRAEL SUSTAITA, (14) | § | |
| Defendants. | § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

At all times material to this Indictment:

### The Export Control Reform Act of 2018

1. The Export Control Reform Act of 2018 ("ECRA"), 50 U.S.C. §§ 4801-4852, provides for the control of the export, re-export, and in-country transfer of items, and specific activities of United States persons, wherever located, that implicate national security. To that end, ECRA grants the President the authority to control "(1) the export, re-export, and in-country transfer of items subject to the jurisdiction of the United States, whether by United States persons or by foreign persons; and (2) the activities of United States persons, wherever located, relating to" specific categories of items. 50 U.S.C. § 4812. ECRA further grants the Secretary of Commerce the authority to establish the applicable

1

regulatory framework.   It is unlawful for a person to violate, attempt to violate, conspire to violate, or cause a violation of any license, order, regulation, or prohibition issued under ECRA. 50 U.S.C. §4819.   Willful violations of ECRA are crimes punishable by a prison term of up to 20 years and a fine of up to $1,000,000.00. 50 U.S.C. § 4819(b).

2. Pursuant to ECRA's authority, the United States Department of Commerce ("U.S. Department of Commerce" or "DOC") reviews and controls the export of certain items, including commodities, software, and technology, from the United States to foreign countries through the Export Administration Regulations ("EAR"), 15 C.F.R. §§ 730-774. In particular, the EAR restricts the export of items that could make a significant contribution to the military potential of other nations or that could be detrimental to the foreign policy or national security of the United States.   The EAR imposes licensing and other requirements for items subject to the EAR lawfully to be exported from the United States. "Export" is defined in the EAR as an "actual shipment or transmission out of the United States." 15 C.F.R. § 734.13(a)(1).

3. The most sensitive items subject to EAR controls are identified on the Commerce Control List ("CCL"). 15 C.F.R. part 774, Supp. No. 1.  Items on the CCL are categorized by Export Control Classification Number ("ECCN") based on their technical characteristics. Each ECCN has export control requirements depending on destination, end user, and end use.

4. The following items are firearms and ammunition which are controlled under ECCN 0A501.a and cannot be exported from the United States without a license or written approval from the United States Government:

   a. Century Arms, C308 rifles

   b. Barrett .50 caliber semi-automatic rifles

    c.  Century Arms, 7.62 caliber rifles

    d.  FNH USA, M249S 5.56 caliber rifles

    e.  DPMS, Inc., 7.62 caliber rifles

    f.  DPMS, Inc., 5.56 caliber rifles

    g.  FN 5.56 caliber rifles

    h.  FN 7.62 caliber rifles

    i.  Glock, 45 caliber pistols

    j.  Izhmash, 7.62 caliber rifles

    k.  Ohio Ordnance, M2-SLR .50 caliber rifles

    l.  Riley Defense, 7.62 caliber rifles

    m.  Palmetto State Armory, 7.62 caliber rifles

    n.  Pioneer Sporter, 7.62 caliber rifles

    o.  Radical 5.56 caliber rifles

    p.  Ruger, .22 caliber rifles

    q.  Ruger 5.56 caliber rifles

    r.  Sota Arms, 5.56 caliber pistols

    s.  Taurus, 9mm pistols

5. Neither JUAN CARLOS DE JESUS RODRIGUEZ-VACA, FRANCISCO ABURTO-GARCIA, LUIS ANGEL AVILA-RAMIREZ, LUIS JORGE ESPARZA-GRACIANO, and REYMUNDO HERNANDEZ, nor any co-conspirator identified herein has ever applied for, received, or possessed a license or written approval from the United States Government or the U.S. Department of Commerce to export any firearms or ammunition including the referenced firearms in paragraph 4.

**Smuggling Goods from the United States**

6. It is also unlawful for a person to violate United States laws governing the outbound smuggling of any merchandise, article, or object, including firearms and ammunition. Title 18, United States Code, Section 554(a) makes it a federal crime to fraudulently or knowingly export or send from the United States, or attempt to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States; or to receive, conceal, buy, sell, or in any manner facilitate the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States.

7. The listed items in paragraph 4 above could not and cannot be exported from the United States without a license or written approval from the U.S. Department of Commerce under the CCL pursuant to the EAR.

8. Neither JUAN CARLOS DE JESUS RODRIGUEZ-VACA, FRANCISCO ABURTO-GARCIA, LUIS ANGEL AVILA-RAMIREZ, LUIS JORGE ESPARZA-GRACIANO, and REYMUNDO HERNANDEZ, nor any co-conspirator identified herein has ever applied for, received, or possessed a license or written approval from the United States Government or the U.S. Department of Commerce to export any firearms or ammunition including the referenced firearms in paragraph 4.

**The ATF Form 4473 (Firearm Transaction Record)**

9. The ATF Form 4473 (hereafter "Form 4473") is a document used and maintained by the FFL to create a written record of each firearm sale or disposition.  The Form 4473 is completed in part by the FFL and in part by a firearms purchaser at the time a firearm is sold or otherwise disposed of.  The Form 4473 memorializes that an FFL has taken all

4

precautions required by the ATF and his license to make sure he does not transfer a firearm to a person who is prohibited from possessing it.   Accordingly, among other things, the Form 4473 records that a firearms purchaser identified himself to the FFL with a valid identification bearing his photograph.   The Form 4473 also requires that the purchaser truthfully answer a series of questions about the firearms transaction.

10. The purpose of the Form 4473 is threefold.   The first is to cause FFLs and prospective firearm purchasers alike to take note of any legal impediments to the consummation of a firearms sale before deciding to proceed.   The second is to acquire sufficient information about the purchaser to enable the Federal Bureau of Investigation (hereafter "FBI"), though its National Instant Background Checking System (hereafter "NICS"), to perform a criminal history check of the purchaser to verify he or she is not prohibited from possessing a firearm on account of a prior felony conviction or status as an illegal alien, among several other prohibitions.   The third purpose of the ATF Form 4473 is to create a traceable record of the sale of a firearm, which permits law enforcement officers in an on-going criminal investigation involving a firearm as evidence to trace the firearm to its last-known owner.

## COUNT ONE
### Alien in Possession of a Firearm

On or about June 6, 2022, continuing through June 7, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JUAN CARLOS DE JESUS RODRIGUEZ-VACA,**

knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess and receive a firearm to wit: a Century Arms, model BFT47 7.62 x 39 mm rifle said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(5), 924(a)(2).

6

**COUNT TWO**
**Aiding and Abetting Smuggling Goods from the United States**

The allegations in paragraphs 1 through 8 are incorporated by reference herein.

Beginning on or about November 2023, the exact date being unknown to the Grand Jury, continuing through December 28, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**JUAN CARLOS DE JESUS RODRIGUEZ-VACA**
**FRANCISCO ABURTO-GARCIA,**
**LUIS ANGEL AVILA-RAMIREZ,**
**LUIS JORGE ESPARZA-GRACIANO,**
**AND**
**REYMUNDO HERNANDEZ,**

defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury,

(i)     did fraudulently and knowingly export and send, and attempt to export and send from the United States to the United Mexican States certain merchandise, articles, and objects; and

(ii)     did receive, conceal, buy, sell and in any manner facilitate the transportation, concealment, and sale of certain merchandise, articles and objects, prior to exportation, knowing the same to be intended for exportation from the United States to the United Mexican States;

to wit: twenty-one (21) 7.62x39 caliber rifles, eight (8) 5.56 caliber rifles, eight (8) .50 caliber rifles, three (3) Ruger .22 caliber rifles, one (1) .308 caliber rifle, one (1) .45 caliber pistol, one (1) .357 caliber pistol, one (1) .556 caliber pistol, and one (1) 9 mm pistol, contrary to the laws and regulations of the United States, that is, without a license or written approval from the United States Government as required by Title 50, United States Code, Section 4819, and Title 15 Code of Federal Regulations, Section 730 et seq.

7

In violation of Title 18, United States Code, Sections 554(a) and 2.

## COUNT THREE
### Aiding and Abetting a False Statement During Purchase of a Firearm

On or about December 24, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**JUAN CARLOS DE JESUS RODRIGUEZ-VACA,**
**LUIS ANGEL AVILA-RAMIREZ,**
**AND**
**LUIS JORGE ESPARZA-GRACIANO,**

defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, in connection with the acquisition of a firearm, that is, a Century Arms International, Inc., Model VSKA, 7.62x39 caliber rifle and a DPMS, Inc., Model Anvil 7.62x39 caliber rifle from Spring Guns and Ammo, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement on a Form 4473 that was intended and likely to deceive Spring Guns and Ammo as to a fact material to the lawfulness of such sale of the said firearm, in that Luis Jorge Esparza-Graciano executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

**COUNT FOUR**
**Aiding and Abetting a False Statement During Purchase of a Firearm**

On or about December 24, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**JUAN CARLOS DE JESUS RODRIGUEZ-VACA,**
**LUIS ANGEL AVILA-RAMIREZ,**
**AND**
**LUIS JORGE ESPARZA-GRACIANO,**

defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, in connection with the acquisition of a firearm, that is, a Riley Defense, model RAK 47 7.62x39 caliber rifle from Spring Guns and Ammo, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement on a Form 4473 that was intended and likely to deceive Spring Guns and Ammo as to a fact material to the lawfulness of such sale of the said firearm, in that Luis Jorge Esparza-Graciano executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

## COUNT FIVE
### Aiding and Abetting a False Statement During Purchase of a Firearm

On or about January 19, 2024, and continuing through January 20, 2024, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**JUAN CARLOS DE JESUS RODRIGUEZ-VACA,**
**LUIS ANGEL AVILA-RAMIREZ,**
**AND**
**LUIS JORGE ESPARZA-GRACIANO,**

defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, in connection with the acquisition of a firearm, that is, a Century Arms International, Inc., Model VSKA, 7.62x39 caliber rifle and a Zastava Arms, Model ZPAP92 7.62x39 caliber pistol from River City Pawn, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement on a Form 4473 that was intended and likely to deceive River City Pawn as to a fact material to the lawfulness of such sale of the said firearm, in that Luis Jorge Esparza-Graciano executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

10

**COUNT SIX**
**Aiding and Abetting a False Statement During Purchase of a Firearm**

On or about January 20, 2024, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**JUAN CARLOS DE JESUS RODRIGUEZ-VACA,**
**LUIS ANGEL AVILA-RAMIREZ,**
**AND**
**LUIS JORGE ESPARZA-GRACIANO,**

defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, in connection with the acquisition of a firearm, that is, a Barrett Manufacturing Company, Model 82A1, .50 caliber rifle from CC Plus II, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement on a Form 4473 that was intended and likely to deceive CC Plus II, Inc. as to a fact material to the lawfulness of such sale of the said firearm, in that Luis Jorge Esparza-Graciano executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

.

11

## COUNT SEVEN
### Aiding and Abetting a False Statement During Purchase of a Firearm

On or about January 23, 2024, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**JUAN CARLOS DE JESUS RODRIGUEZ-VACA,
LUIS ANGEL AVILA-RAMIREZ,
AND
LUIS JORGE ESPARZA-GRACIANO,**

defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, in connection with the acquisition of a firearm, that is, four Century Arms International, Inc., Model VSKA, 7.62x39 caliber rifles from Peerless Customs d/b/a Spring Guns and Ammo, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement on a Form 4473 that was intended and likely to deceive Peerless Firearms d/b/a Spring Guns and Ammo as to a fact material to the lawfulness of such sale of the said firearm, in that Luis Jorge Esparza-Graciano executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

**COUNT EIGHT**
**Aiding and Abetting a False Statement on an ATF Form 4473**

On or about December 5, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**JUAN CARLOS DE JESUS RODRIGUEZ-VACA,**
**LUIS ANGEL AVILA-RAMIREZ,**
**AND**
**EDDIE PUENTE,**

defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, knowingly made a false statement and representation to an employee of M&M Armory, a Federal Firearms Licensee which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensee M&M Armory, in that Eddie Puente executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual;

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

13

## COUNT NINE
### Aiding and Abetting a False Statement on an ATF Form 4473

On or about December 14, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**JUAN CARLOS DE JESUS RODRIGUEZ-VACA**
**AND**
**EDDIE PUENTE,**

defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, knowingly made a false statement and representation to an employee of M&M Armory, a Federal Firearms Licensee which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensee M&M Armory, in that Eddie Puente executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual;

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

14

## **COUNT TEN**
### **Aiding and Abetting a False Statement on an ATF Form 4473**

On or about July 5, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

### **JUAN CARLOS DE JESUS RODRIGUEZ-VACA**
### **AND**
### **REYMUNDO HERNANDEZ,**

defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, knowingly made a false statement and representation to an employee of M&M Armory, a Federal Firearms Licensee which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensee M&M Armory, in that Reymundo Hernandez executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual;

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

15

**COUNT ELEVEN**
**Aiding and Abetting a False Statement on an ATF Form 4473**

On or about December 8, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**JUAN CARLOS DE JESUS RODRIGUEZ-VACA**
**AND**
**REYMUNDO HERNANDEZ,**

defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, knowingly made a false statement and representation to an employee of M&M Armory, a Federal Firearms Licensee which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensee M&M Armory, in that Reymundo Hernandez executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual;

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

16

## COUNT TWELVE
## Making a False Statement on an ATF Form 4473

On or about December 14, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**JORGE CEDILLO,**

defendant herein, knowingly made a false statement and representation to an employee of M&M Armory, a Federal Firearms Licensee which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensee M&M Armory, in that Jorge Cedillo executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual;

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT THIRTEEN
### Conspiracy to Traffic Firearms

On or about August of 2022, the exact date being unknown to the Grand Jury and continuing through the date of this Indictment, in the Southern District of Texas and within the jurisdiction of the Court,

**JUAN CARLOS DE JESUS RODRIGUEZ-VACA**
**AND**
**LUIS ANGEL AVILA-RAMIREZ,**

defendants herein, did unlawfully, knowingly, and intentionally attempt, combine, conspire, confederate, and agree with each other and others, known and unknown to the Grand Jury to

(i) receive from another person, in or otherwise affecting interstate or foreign commerce, a firearm, to wit: Century Arms International, Inc., Model VSKA, 7.62x39 caliber rifles, DPMS, Inc., Model Anvil 7.62x39 caliber rifles, Riley Defense, model RAK 47 7.62x39 caliber rifles, and Barrett, Model 82A1 .50 caliber BMG rifles knowing or having reasonable cause to believe that such receipt would constitute a felony; and

(ii) ship, transport, transfer, and cause to be transported, or otherwise dispose of a firearm, to wit: Century Arms International, Inc., Model VSKA, 7.62x39 caliber rifles, DPMS, Inc., Model Anvil 7.62x39 caliber rifles, Riley Defense, model RAK 47 7.62x39 caliber rifles, and Barrett, Model 82A1 .50 caliber BMG rifles, to another person, in or otherwise affecting interstate or foreign commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony.

In violation of Title 18, United States Code, Section, 933(a)(1), 933(a)(2), 933(a)(3), and 933(b).

18

## COUNT FOURTEEN
### Making a False Statement During Purchase of a Firearm

On or about April 2, 2024, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**JAVIER MONTOYA, JR.,**

defendant herein, in connection with the acquisition of a firearm, that is, a FN M249S 5.56 caliber rifle from Collector's Firearms, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement on a Form 4473 that was intended and likely to deceive Collector's Firearms as to a fact material to the lawfulness of such sale of the said firearm, in that Javier Montoya, Jr. executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2).

## COUNT FIFTEEN
### Making a False Statement on an ATF 4473 Form

On or about March 27, 2024, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**JAVIER MONTOYA, JR.,**

defendant herein, knowingly made a false statement and representation to an employee of M&M Armory, a Federal Firearms Licensee which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensee M&M Armory, in that Javier Montoya, Jr. executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual;

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNT SIXTEEN
### Aiding and Abetting a False Statement During Purchase of a Firearm

On or about August 5, 2022, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**BRAYAN ALMANZA**
**AND**
**JUAN CARLOS DEJESUS RODRIGUEZ-VACA,**

defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, in connection with the acquisition of a firearm, that is, two Century/CAI VSKA 7.62mm rifles from CC Plus II, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement on a Form 4473 that was intended and likely to deceive CC Plus II, Inc. as to a fact material to the lawfulness of such sale of the said firearm, in that Brayan Almanza executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

21

## COUNT SEVENTEEN
### Aiding and Abetting a False Statement During Purchase of a Firearm

On or about August 6, 2022, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**BRAYAN ALMANZA
AND
JUAN CARLOS DEJESUS RODRIGUEZ-VACA,**

defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, in connection with the acquisition of a firearm, that is, three CAI BFT47 7.62mm rifles, one DPMS WASR-10 7.62mm rifle, one Century Arms VSKA 7.62mm rifle from Range USA, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement on a Form 4473 that was intended and likely to deceive Range USA as to a fact material to the lawfulness of such sale of the said firearm, in that Brayan Almanza executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

22

## COUNT EIGHTEEN
### Aiding and Abetting False Statement During Purchase of a Firearm

On or about February 17, 2023, in the Southern District of Texas, and elsewhere within the jurisdiction of the Court,

**NOEL MORALES**
**AND**
**BRAYAN ALMANZA,**

defendants herein, aiding and abetting each other and others known and unknown to the grand jurors, knowingly made a false statement and representation to M&M Armory, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of M&M Armory, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that Noel Morales was the actual transferee/buyer of a firearm, whereas in truth and in fact, he was acquiring the firearm on behalf of another person.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

23

## COUNT NINETEEN
## Aiding and Abetting False Statement During Purchase of a Firearm

On or about November 2, 2022, in the Southern District of Texas, and elsewhere within the jurisdiction of the Court,

**MARIBEL LOPEZ,**

defendant herein, aiding and abetting others known and unknown to the grand jurors, knowingly made a false statement and representation to M&M Armory, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of M&M Armory, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that Maribel Lopez was the actual transferee/buyer of a firearm, whereas in truth and in fact, she was acquiring the firearm on behalf of another person.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

24

## COUNT TWENTY
## Aiding and Abetting False Statement During Purchase of a Firearm

On or about November 7, 2022, in the Southern District of Texas, and elsewhere within the jurisdiction of the Court,

**MARIBEL LOPEZ,**

defendant herein, aiding and abetting others known and unknown to the grand jurors, knowingly made a false statement and representation to M&M Armory, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of M&M Armory, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that Maribel Lopez was the actual transferee/buyer of a firearm, namely, whereas in truth and in fact, she was acquiring the firearm on behalf of another person.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

## COUNT TWENTY-ONE
### Aiding and Abetting a False Statement During Purchase of a Firearm

On or about January 9, 2023, in the Southern District of Texas, and elsewhere within the jurisdiction of the Court,

**TAYREN KEVON DELANEY,**

aiding and abetting others known and unknown to the grand jurors, knowingly made a false statement and representation to M&M Armory, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of M&M Armory, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that Tayren Kevon Delaney was the actual transferee/buyer of a firearm, namely, whereas in truth and in fact, he was acquiring the firearm on behalf of another person.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

## COUNT TWENTY-TWO
### Aiding and Abetting False Statement During Purchase of a Firearm

On or about April 2, 2023, in the Southern District of Texas, and elsewhere within the jurisdiction of the Court,

**TAYREN KEVON DELANEY,**

aiding and abetting others known and unknown to the grand jurors, knowingly made a false statement and representation to M&M Armory, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of M&M Armory, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that Tayren Kevon Delaney was the actual transferee/buyer of a firearm, namely, whereas in truth and in fact, he was acquiring the firearm on behalf of another person.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

27

<u>**COUNT TWENTY-THREE**</u>
<u>**Aiding and Abetting a False Statement During Purchase of a Firearm**</u>

On or about January 18, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**PEDRO DAVID PINA,**

defendant herein, aiding and abetting others known and unknown to the Grand Jury, in connection with the acquisition of a firearm, that is, a Century Arms VSKA 7.62mm rifle from TT G&A, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement on a Form 4473 that was intended and likely to deceive TT G&A as to a fact material to the lawfulness of such sale of the said firearm, in that Pedro David Pina executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

## COUNT TWENTY-FOUR
### Aiding and Abetting a False Statement During Purchase of a Firearm

On or about January 20, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**PEDRO DAVID PINA,**

defendant herein, aiding and abetting others known and unknown to the Grand Jury, in connection with the acquisition of a firearm, that is, a Century Arms BFT47 7.62mm rifle from Range USA, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement on a Form 4473 that was intended and likely to deceive Range USA as to a fact material to the lawfulness of such sale of the said firearm, in that Pedro David Pina executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

## COUNT TWENTY-FIVE
### Aiding and Abetting a False Statement During Purchase of a Firearm

On or about January 20, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**PEDRO DAVID PINA,**

defendant herein, aiding and abetting others known and unknown to the Grand Jury, in connection with the acquisition of a firearm, that is, a Riley Defense Inc. RAK47 7.62mm rifle from IIA-SGA, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement on a Form 4473 that was intended and likely to deceive IIA-SGA, Inc. as to a fact material to the lawfulness of such sale of the said firearm, in that Pedro David Pina executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

## COUNT TWENTY-SIX
### Aiding and Abetting False Statement During Purchase of a Firearm

On or about May 10, 2023, in the Southern District of Texas, and elsewhere within the jurisdiction of the Court,

**ANTONY ISRAEL SUSTAITA,**

defendant herein, aiding and abetting others known and unknown to the grand jurors, knowingly made a false statement and representation to M&M Armory, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of M&M Armory, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that Antony Israel Sustaita was the actual transferee/buyer of a firearm, whereas in truth and in fact, he was acquiring the firearm on behalf of another person.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

31

## COUNT TWENTY-SEVEN
## Aiding and Abetting False Statement During Purchase of a Firearm

On or about September 19, 2023, in the Southern District of Texas, and elsewhere within the jurisdiction of the Court,

**ANTONY ISRAEL SUSTAITA,**

defendant herein, aiding and abetting others known and unknown to the grand jurors, knowingly made a false statement and representation to M&M Armory, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of M&M Armory, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that Antony Israel Sustaita was the actual transferee/buyer of a firearm, whereas in truth and in fact, he was acquiring the firearm on behalf of another person.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

## COUNT TWENTY-EIGHT
### Aiding and Abetting False Statement During Purchase of a Firearm

On or about March 12, 2024, in the Southern District of Texas, and elsewhere within the jurisdiction of the Court,

**ANTONY ISRAEL SUSTAITA,**

defendant herein, aiding and abetting others known and unknown to the grand jurors, knowingly made a false statement and representation to M&M Armory, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of M&M Armory, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that Antony Israel Sustaita was the actual transferee/buyer of a firearm, whereas in truth and in fact, he was acquiring the firearm on behalf of another person.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

33

## NOTICE OF CRIMINAL FORFEITURE
### [18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

Pursuant to Title 18 United States Code, Section 981(a)(1)(C) and Title 28, United States

Code, Section 2461(c), the United States hereby gives notice to defendants,

**JUAN CARLOS DE JESUS RODRIGUEZ VACA
FRANCISCO ABURTO-GARCIA,
LUIS ANGEL AVILA-RAMIREZ,
LUIS JORGE ESPARZA-GRACIANO,
AND
REYMUNDO HERNANDEZ,**

that upon conviction of a violation of Title 18, United States Code, Section 554(a), or a conspiracy

to commit such offense, all property, real or personal, which constitutes or is derived from proceeds

traceable to such an offense, is subject to forfeiture.

34

## NOTICE OF CRIMINAL FORFEITURE
### [18 U.S.C. §§ 924(d)(1) and 934(a), and 28 U.S.C. § 2461(c)]

Pursuant to Title 18 United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States hereby gives notice to defendants,

**JUAN CARLOS DE JESUS RODRIGUEZ VACA**
**FRANCISCO ABURTO-GARCIA,**
**LUIS ANGEL AVILA-RAMIREZ,**
**LUIS JORGE ESPARZA-GRACIANO,**
**EDDIE PUENTE,**
**REYMUNDO HERNANDEZ,**
**JORGE CEDILLO,**
**JAVIER MONTOYA, JR.,**
**MARIBEL LOPEZ,**
**TAYREN KEVON DELANEY,**
**AND**
**PEDRO DAVID PINA,**

that upon conviction of a knowing violation of Title 18, United States Code, Sections 922(a)(6); or 922(g), or a knowing violation of Sections 924(a)(1)(A), 932, or 933, all firearms and ammunition involved in or used in any such violation are subject to forfeiture.   Further, pursuant to Title 18, United States Code, Section 934(a), the United States gives notice to defendants that upon conviction of a violation of Title 18, United States Code, Sections 932 or 933, the following is subject to forfeiture: (a) all property constituting or derived from proceeds obtained, directly or indirectly, as a result of such violation; and (b) all property (except firearms or ammunition) used or intended to be used, in any manner or part, to commit or facilitate the commission of such violation.

### Property Subject to Forfeiture

Defendants are further notified that the property subject to forfeiture includes, but is not limited to, the following:

1.  CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7098496
2.  CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7098784

35

3. CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7098567
4. CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7099231
5. RUGER; Model: RUGER-57; Caliber: 57; Type: PISTOL; S/N: 643-28582
6. Sixteen (16) rounds of FNH 57 ammunition
7. Fifteen (15) rounds of FNH 57 ammunition
8. 2 Ruger RUGER-57 magazines
9. FN; Model: M249S; Caliber: 556; S/N: M249SA10080

A TRUE BILL:

Original Signature on File

FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

*Jennifer Stabe*
JENNIFER STABE
Assistant United States Attorney
Southern District of Texas

*Stuart Tallichet*
STUART TALLICHET
Assistant United States Attorney
Southern District of Texas

36